# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

J.M., a minor, by and through her parents and next friends, THOMAS and REBECCA MORRIS,

        Plaintiff,

v.                                    Case No. CIV 07-367-JHP

HILLDALE INDEPENDENT SCHOOL DISTRICT NO. I-29 OF MUSKOGEE COUNTY, OKLAHOMA a/k/a HILLDALE PUBLIC SCHOOLS, and BRIAN GIACOMO,

        Defendants.

## **AMENDED JUDGMENT**

Pursuant to the jury verdict rendered the 15th day of August, 2008, the Court enters judgment for the plaintiff, J.M. a minor, by and through her parents and next friends, Thomas and Rebecca Morris, and against the defendant, the Hilldale Independent School District No. I-29 of Muskogee County, Oklahoma a/k/a Hilldale Public Schools, on the following causes of action:

    42 U.S.C., §1983 — Danger Creation Theory and 42 U.S.C., §1983 — Inaction Theory in the amount of one hundred and fifty thousand dollars ($150,000.00);

    20 U.S.C., §1681 – Title IX in the amount of one hundred and fifty thousand dollars ($150,000.00);

    Oklahoma Governmental Tort Claims Act ---- Negligent Supervision in the amount of one hundred and twenty-five thousand dollars ($125,000.00).

Pursuant to the jury verdict rendered the 15th day of August, 2008, the Court enters judgment for the defendant, the Hilldale Independent School District No. I-29 of Muskogee County, Oklahoma a/k/a Hilldale Public Schools, on the following causes of action and the plaintiff, J.M. a

minor, by and through her parents and next friends, Thomas and Rebecca Morris, recover nothing:

    42 U.S.C., §1983 ---- Inadequate Training;
    Oklahoma Governmental Tort Claims Act ---- Failure to Report.

Pursuant to the jury verdict rendered the 15th day of August, 2008, the Court enters judgment for the plaintiff, J.M. a minor, by and through her parents and next friends, Thomas and Rebecca Morris, and against the defendant, Brian Giacomo, on the following causes of action:

    Assault in the amount of five hundred and thirty thousand dollars ($530,000.00);
    Battery in the amount of five hundred and forty thousand dollars ($540,000.00);
    Intentional Infliction of Emotional Distress in the amount of five hundred and thirty thousand dollars ($530,000.00);
    Punitive Damages in the amount of five hundred thousand dollars ($500,000.00).

**IT IS SO ORDERED** this 3rd day of October 2008.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma